IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRK D. ROBINSON,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, NEBRASKA DEPARTMENT OF CORRECTIONS, RUSSELL VANLENGEN, KEVIN KLIPPERT, UM; KURT WEES, Unit Admin.; and OMAHA CORRECTION CENTER MEDICAL CLINIC,<br><br>    Defendants. | 8:22CV151<br><br>**MEMORANDUM AND ORDER** |

Plaintiff, an inmate at the Omaha Correctional Center, filed a pro se Complaint in this court on April 18, 2022. (Filing 1.) On April 20, 2022, the court ordered Plaintiff to submit $402.00 in filing fees to the clerk of the court or submit a request to proceed in forma pauperis within 30 days. (Filing 4.) In response, Plaintiff has sent the court a letter representing that he "included an institutional check for the amount of $350.00" with his Complaint, and that he has sent "a new check for the total amount of $402.00" with his letter because he "do[es] not wish to proceed in forma pauperis." (Filing 5.)

According to the court's accounting system and mail logs, the court has received neither of Plaintiff's alleged institutional checks. So once again, Plaintiff is advised that in order to proceed with his lawsuit, he must either submit $402.00 in filing and administrative fees to the clerk of the court or file a request to proceed in forma pauperis. Accordingly,

IT IS ORDERED:

1. Plaintiff is directed to submit the $402.00 in fees to the clerk of the court or submit a request to proceed in forma pauperis within 30 days. Failure to take either action will result in dismissal of this matter without further notice.

2. The clerk of the court is directed to send to Plaintiff the Form AO240 ("Application to Proceed Without Prepayment of Fees and Affidavit").

3. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: May 31, 2022—Check for MIFP or payment.

DATED this 28th day of April, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge