IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRK D. ROBINSON,<br><br>        Plaintiff,<br><br>  vs.<br><br>STATE OF NEBRASKA; NEBRASKA DEPARTMENT OF CORRECTIONS; RUSSELL VANLENGEN; KEVIN KLIPPERT, UM; KURT WEES, Unit Admin.; and OMAHA CORRECTION CENTER MEDICAL CLINIC,<br><br>        Defendants. | **8:22CV151**<br><br>**MEMORANDUM AND ORDER** |

On September 7, 2022, the court gave Plaintiff 30 days to file an amended complaint that sets forth a viable claim. (Filing 11.) Plaintiff has filed a "Motion for Extension on Continuance" (Filing 13) requesting an additional 90 days to file an amended complaint due to restrictive law-library procedures at his institution. Plaintiff's request will be granted.

IT IS ORDERED:

1.   Plaintiff's "Motion for Extension on Continuance" (Filing 13) is granted;

2.   Plaintiff's amended complaint shall be filed on or before December 15, 2022; and

3.   The Clerk of the Court shall amend the pro se case-management deadline regarding the filing of the amended complaint as follows: December 15, 2022—amended complaint due.

DATED this 16th day of September, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge