IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KIRK D. ROBINSON,<br><br>    Plaintiff,<br><br> vs.<br><br>CASE MANAGER RUSSELL VAN LANGEN, et al.,<br><br>    Defendants. | **8:22CV151**<br><br>**ORDER** |
| KIRK D. ROBINSON,<br><br>    Plaintiff,<br><br> vs.<br><br>OMAHA CORRECTIONS CENTER, OCC; All sued in their individual capacities; et al.;<br><br>    Defendants. | **8:22CV398**<br><br>**ORDER** |
| KIRK D. ROBINSON,<br><br>    Plaintiff,<br><br> vs.<br><br>RYAN CARSON, District Judge; et al.;<br><br>    Defendants. | **8:23CV137**<br><br>**ORDER** |
| KIRK ROBINSON,<br><br>    Plaintiff,<br><br> vs.<br><br>STATE OF NEBRASKA,<br><br>    Defendant. | **8:23CV276**<br><br>**ORDER** |

| | |
|---|---|
| KIRK D. ROBINSON, | |
| Plaintiff, | **8:23CV382** |
| vs. | |
| JOHN LOCUST, RTC IDC Program Administrative Officer; | **ORDER** |
| Defendant. | |
| KIRK D. ROBINSON, | |
| Plaintiff, | **8:23CV383** |
| vs. | |
| D. BRANDEN BRINEGAR, | **ORDER** |
| Defendant. | |
| KIRK D. ROBINSON, | |
| Plaintiff, | **8:23CV384** |
| vs. | |
| MATTHEW MELLOR, Lancaster County District Court Judge, Nebraska; | **ORDER** |
| Defendant. | |
| KIRK D. ROBINSON, | |
| Plaintiff, | **8:23CV418** |
| vs. | |
| CHARLINE M. ROBINSON, | **ORDER** |
| Defendant. | |

| | |
|---|---|
| KIRK D. ROBINSON,<br><br>  Plaintiff,<br><br>vs.<br><br>DR. CASTLEMAN, DR. BRANK, and BRYAN HEALTH SYSTEMS,<br><br>  Defendants. | **8:23CV451**<br><br>**ORDER** |
| KIRK D. ROBINSON,<br><br>  Plaintiff,<br><br>vs.<br><br>IRS EMPLOYEES, Names Not Known, Refer to Document #1, Individual capacity;<br><br>  Defendant. | **8:23CV486**<br><br>**ORDER** |

The above-captioned matters are before the Court on the Court's own motion. On November 15, 2023, Plaintiff Kirk D. Robinson named the undersigned as a defendant in his amended complaint in Case No. 8:23CV452, Filing No. 6, and the undersigned has recused himself in that matter pursuant to 28 U.S.C. § 455(b)(5), which provides that any judge of the United States "shall . . . disqualify himself . . . [where] [h]e . . . [i]s a party to the proceeding . . . ." Filing No. 8, Case No. 8:23CV452. Robinson also filed essentially identical "Motion[s] for a Change of Venue" in several of the above cases[1] alleging that he cannot get a fair and unbiased hearing in this Court based, in part, on his pending action against the undersigned. Under these

---

[1] *See* Filing No. 41, Case No. 8:22CV151; Filing No. 19, Case No. 8:22CV398; Filing No. 25, Case No. 8:23CV137; Filing No. 10, Case No. 8:23CV418; Filing No. 10, Case No. 8:23CV451; Filing No. 7, Case No. 8:23CV452; Filing No. 6, Case No. 8:23CV486.

3

circumstances and because his impartiality might reasonably be questioned, the undersigned shall, and hereby does, recuse himself from the above-designated cases pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 22nd day of November, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge